TAYLOR *et al. v.* NEW ENGLAND MORTGAGE SECURITY CO.

95  571
Case 1
114  866

LUMPKIN, J.—There being several plaintiffs in error in the bill of exceptions sued out in this case, an affidavit by one only of them of inability from poverty to pay the costs is not sufficient to bring the case to this court *in forma pauperis.* No such affidavit having been duly filed by the other plaintiffs in error, and counsel for the plaintiffs in error having, up to the time of the calling of the case for trial in this court, neglected or refused to pay the costs, the writ of error is dismissed, in accordance with the provisions of rule 44 of the Supreme Court.          *Writ of error dismissed.*

December 8, 1894.

Affidavit *in forma pauperis.*

Ejectment was brought against John Taylor, Nancy E. Renfroe and Charles T. Taylor. There was a verdict against them, and they excepted to the overruling of their motion for a new trial. The pauper affidavit was: "Personally appeared before me N. E. Renfroe and John Taylor, who upon oath says, that they are unable from his poverty to pay costs in the above stated case, and that their counsel has advised them that they has good cause for a writ of error." Signed by John Taylor and N. E. Renfroe.

J. N. GILMORE and JORDAN & TYSON, for plaintiffs in error. EVANS & EVANS, *contra.*

---

DILBERTO *v.* HARRIS.

95  571
Case 2
126  535

SIMMONS, J.—The proprietor of a barber-shop kept for public patronage is liable to a customer for the value of his hat, which was deposited on a hat-rack in the shop and which, while the customer was being shaved, disappeared from the shop and was thus lost, such proprietor being, under these facts, a bailee for hire as to the customer's hat.          *Judgment affirmed.*

BLECKLEY, C. J., dissenting.—It hath never happened from the earliest times to the present, that barbers, who are an ancient order of small craftsmen serving their customers for a small fee, and entertaining them the while with the small gossip of the town or